WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBIN HEINIG,**                  Case No. 1:14-cv-1362-MC

    Plaintiff,

vs.                                                    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $6,953.58 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $400.00 are awarded pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

DATED this _16_ day of _October_, 2015.

                                                        United States District Court Judge
                                                        Michael J. McShane

Submitted on October 15, 2015 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
 Attorney for Plaintiff

ORDER - Page 1